# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Jams Wholesale Distribution SE**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 18134832 | 4158147 | 8/24/2022 | 8/24/2022 | $ (148.46) | $ (148.46) |
| 18134832 | 4229138 | 12/22/2022 | 12/22/2022 | $ (51.12) | $ (51.12) |
| 18134832 | 4230816 | 12/28/2022 | 12/28/2022 | $ (543.00) | $ (543.00) |
| 18134832 | 4258215 | 1/26/2023 | 3/28/2023 | $ 6,651.36 | $ 6,651.36 |
| 18134832 | 4259863 | 1/27/2023 | 3/29/2023 | $ 1,034.64 | $ 1,034.64 |
| 18134832 | 4261419 | 2/1/2023 | 4/3/2023 | $ 244.80 | $ 244.80 |
| 18134832 | 4261420 | 2/1/2023 | 4/3/2023 | $ 367.20 | $ 367.20 |
| 18134832 | 4263139 | 2/2/2023 | 4/4/2023 | $ 17,640.00 | $ 17,640.00 |
| 18134832 | 4267694 | 2/9/2023 | 4/11/2023 | $ 5,880.00 | $ 5,880.00 |
| 18134832 | 4267703 | 2/9/2023 | 4/11/2023 | $ 634.08 | $ 634.08 |
| 18134832 | 4273025 | 2/17/2023 | 4/19/2023 | $ 396.96 | $ 396.96 |
| | | | Totals: | $ 32,106.46 | $ 32,106.46 |